1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEREK TATE,                              No.  2:22-cv-01012-DAD-JDP (PC)

12                  Plaintiff,

13          v.                                ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DENYING
14   A. LOMELI, et al.,                       MOTION FOR INJUNCTIVE RELIEF

15                  Defendants.               (Doc. Nos. 3, 9)

16

17

18          Plaintiff Derek Tate is a state prisoner proceeding *pro se* and *in forma pauperis* in this

19   civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On July 1, 2022, the assigned magistrate judge issued findings and recommendations,

22   recommending that plaintiff's motion for injunctive relief, specifically, enjoining defendants from

23   transferring him to a California State Prison - Sacramento, be denied.  (Doc. No. 9.)  Those

24   findings and recommendations were served on the parties and contained notice that any

25   objections thereto were to be filed within fourteen (14) days from the date of service.  On July 11,

26   2022, plaintiff timely filed objections to the pending findings and recommendations (Doc. No.

27   12), and on July 13, 2022, plaintiff filed a supplement to his objections.  (Doc. No. 13.)

28   /////

                                                 1

1    In his objections, plaintiff does not meaningfully address the analysis in the pending

2    findings and recommendations.  In addition, he states that he has already been transferred to

3    California State Prison - Sacramento, and thus, it appears to the court that his request for

4    injunctive relief has been rendered moot.

5    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has

6    conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including

7    plaintiff's objections, the undersigned concludes that the findings and recommendations are

8    supported by the record and proper analysis.

9    Accordingly:

10   1.    The findings and recommendations issued on July 1, 2022 (Doc. No. 9) are

11         adopted in full;

12   2.    Plaintiff's motion for injunctive relief (Doc. No. 3) is denied; and

13   3.    This matter is referred back to the assigned magistrate judge for proceedings

14         consistent with this order.

15   IT IS SO ORDERED.

16   Dated:   **October 6, 2022**

17                                                   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28